OF COUNSEL:
McCORRISTON MILLER MUKAI MacKINNON LLP

| | |
|---|---|
| ROBERT G. KLEIN | #1192-0 |
| klein@m4law.com | |
| LISA W. CATALDO | #6159-0 |
| cataldo@m4law.com | |
| JORDON J. KIMURA | #9182-0 |
| kimura@m4law.com | |

Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai'i 96813
Tel. No.: (808) 529-7300
Fax No.: (808) 524-8293

SIDLEY AUSTIN LLP

| | |
|---|---|
| J. RANDAL WEXLER | #6270814–Illinois Bar Number |
| jwexler@sidley.com | |

One South Dearborn St
Chicago, Illinois 60603-2302
Tel. No.: (312) 853-7000
Fax. No.: (312) 853-7036

FISH & ASSOCIATES, PC

| | |
|---|---|
| ROBERT D. FISH | #149711–California Bar Number |
| rfish@fishiplaw.com | |
| MEI TSANG | #237959–California Bar Number |
| mtsang@fishiplaw.com | |
| JOSEPH A. ANDELIN | #274105–California Bar Number |
| jandelin@fishiplaw.com | |

2603 Main Street, Suite 1000
Irvine, California 92614-4271
Tel. No.: (949) 943-8300
Fax No.: (949) 943-8358

Attorneys for Plaintiff
VDF FUTURECEUTICALS, INC.

59879/251633.1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| VDF FUTURECEUTICALS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SANDWICH ISLES TRADING CO. INC., D/B/A KONA RED, INC., and DOES 1 THROUGH 20, <br><br> Defendants. | CIVIL NO. 11-00288 ACK/RLP <br><br> PLAINTIFF VDF FUTURECEUTICALS, INC.'S PARTIAL MOTION TO DISMISS COUNTS II AND IV-VIII OF DEFENDANT SANDWICH ISLES TRADING CO. INC., D/B/A KONA RED, INC.'S COUNTERCLAIM AGAINST PLAINTIFF VDF FUTURECEUTICALS, INC., FILED JUNE 14, 2011; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF WORD COUNT; DECLARATION OF ROBERT G. KLEIN; EXHIBITS "A"-"D"; CERTIFICATE OF SERVICE <br><br> [RELATED TO DOCKET #15-1] <br><br> NO TRIAL DATE SET |

PLAINTIFF VDF FUTURECEUTICALS, INC.'S PARTIAL MOTION TO DISMISS COUNTS II, IV-VIII OF DEFENDANT SANDWICH ISLES TRADING CO. INC., D/B/A KONA RED, INC.'S COUNTERCLAIM AGAINST PLAINTIFF VDF FUTURECEUTICALS, INC., FILED JUNE 14, 2011

Plaintiff VDF Futureceuticals, Inc. ("VDF"), by and through its respective attorneys, McCorriston Miller Mukai MacKinnon LLP, Sidley Austin LLP, and Fish & Associates, PC, hereby respectfully moves this Court for an order dismissing Counts IIB & C and IV-VIII of Defendant Sandwich Isles Trading Co.

Inc., d/b/a Kona Red, Inc.'s ("SITC") Counterclaim Against Plaintiff VDF Futureceuticals, Inc., filed June 14, 2011 ("Counterclaim"). This Motion should be granted on the basis that Counts IIB & C and IV-VIII of the Counterclaim fail to state a claim under Fed. R. Civ. P. 12(b)(1) & (6) or meet the heightened pleading standard under Fed. R. Civ. P. 9(b).

This Motion is brought pursuant to Rules 7, 8, 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure and is supported by the attached memorandum, the pleadings and papers on file in this action, and such additional evidence and argument as may be presented to the Court at any hearing on this Motion.

DATED: Honolulu, Hawai'i, July 19, 2011.

/s/Robert G. Klein
ROBERT G. KLEIN
LISA W. CATALDO
JORDON J. KIMURA
J. RANDAL WEXLER (*Pro hac vice*)
ROBERT D. FISH (*Pro hac vice*)
MEI TSANG (*Pro hac vice*)
JOSEPH A. ANDELIN (*Pro hac vice*)

Attorneys for Plaintiff
VDF FUTURECEUTICALS, INC.