OF COUNSEL:
McCORRISTON MILLER MUKAI MacKINNON LLP

| | |
|---|---|
| ROBERT G. KLEIN | #1192-0 |
| klein@m4law.com | |
| LISA W. CATALDO | #6159-0 |
| cataldo@m4law.com | |
| JORDON J. KIMURA | #9182-0 |
| kimura@m4law.com | |

Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai'i  96813
Tel. No.:  (808) 529-7300
Fax No.:  (808) 524-8293

SIDLEY AUSTIN LLP

| | |
|---|---|
| J. RANDAL WEXLER | #6270814–Illinois Bar Number |
| jwexler@sidley.com | |

One South Dearborn St
Chicago, Illinois  60603-2302
Tel. No.:  (312) 853-7000
Fax. No.:  (312) 853-7036

FISH & ASSOCIATES, PC

| | |
|---|---|
| ROBERT D. FISH | #149711–California Bar Number |
| rfish@fishiplaw.com | |
| MEI TSANG | #237959–California Bar Number |
| mtsang@fishiplaw.com | |
| JOSEPH A. ANDELIN | #274105–California Bar Number |
| jandelin@fishiplaw.com | |

2603 Main Street, Suite 1000
Irvine, California 92614-4271
Tel. No.:  (949) 943-8300
Fax No.:  (949) 943-8358

Attorneys for Plaintiff
VDF FUTURECEUTICALS, INC.

59879/254653.1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| VDF FUTURECEUTICALS, INC., | CIVIL NO. 11-00288 ACK/RLP |
| Plaintiff, | JOINT REPORT OF PARTIES' SCHEDULE PURSUANT TO |
| vs. | SCHEDULING CONFERENCE |
| SANDWICH ISLES TRADING CO. INC., D/B/A KONA RED, INC., and DOES 1 THROUGH 20, | JUDGE:    Hon. Richard L. Puglisi |
| Defendants. | |

JOINT REPORT OF PLAINTIFF VDF FUTURECEUTICALS, INC. AND DEFENDANT SANDWICH ISLES TRADING CO. INC.'S SCHEDULE PURSUANT TO THE SCHEDULING CONFERENCE

Plaintiff VDF Futureceuticals, Inc. ("VDF"), by and through its attorneys, McCorriston Miller Mukai MacKinnon LLP, Sidley Austin LLP, and Fish & Associates, PC, and Defendant Sandwich Isles Trading Co., Inc. ("SITC") by and through its attorneys, Cades Schutte LLP, appeared in chamber before the Honorable Richard L. Puglisi for a Scheduling Conference on August 31, 2011.

Pursuant to the Court's guidance and the parties' discussion, the parties and the Court agreed to the following schedule for this case:

| Event | Plaintiff's Proposed Dates |
|---|---|
| Rule 26(a)(1) Initial disclosures | September 2, 2011 |
| Plaintiff serves on Defendant preliminary infringement contentions | September 14, 2011 |
| Defendant serve Plaintiff preliminary invalidity and non-infringement contentions | October 5, 2011 |
| Deadline to join additional parties, unless good cause is shown | January 27, 2012 |
| Deadline to amend the pleadings, unless good cause is shown | January 27, 2012 |
| Parties exchange proposed terms and claim elements for construction | January 27, 2012 |
| Parties meet and confer regarding the list of proposed terms and claim elements for construction | February 10, 2012 |
| Parties file with the court a list of terms for construction | February 17, 2012 |
| Parties make exchange of preliminary claim constructions and extrinsic evidence (if any) | February 24, 2012 |
| Parties meet and confer regarding claim constructions and extrinsic evidence (if any) | March 9, 2012 |
| Plaintiff files its opening claim construction brief | April 9, 2012 |
| Defendant file its responsive claim construction brief | as provided by local rule |
| Plaintiff file its reply on claim construction brief | as provided by local rule |

| | |
|---|---|
| Claim construction hearing (i.e., *Markman* hearing) | May 31, 2012<br>9:00am – 12:00pm<br>Judge Kay |
| Close of fact discovery | 60 days after claim construction ruling |
| Deadline for expert reports on issues for which a party bears the burden of proof | 60 days after fact discovery closes |
| Rebuttal expert reports due | 45 days after opening expert reports |
| Close of expert discovery | 45 days after rebuttal reports |
| Deadline for filing dispositive motions | 30 days after close of expert discovery |
| Parties make pretrial disclosures, file motions in limine | 30 days prior to pretrial conference |
| Parties file joint pretrial memorandum | 30 days prior to trial |
| Pretrial conference | To be determined |
| Jury selection | To be determined |
| Trial (and expected length of time for trial) | January 29, 2013<br>(5-10 days in length) |

\* \* \*

The parties respectfully request the Court to enter the above schedule for this case.

\

\

\

DATED: Honolulu, Hawai'i, September 7, 2011.

        /s/Lisa W. Cataldo
        ROBERT G. KLEIN
        LISA W. CATALDO
        JORDON J. KIMURA
        J. RANDAL WEXLER (*Pro hac vice*)
        ROBERT D. FISH (*Pro hac vice*)
        MEI TSANG (*Pro hac vice*)
        JOSEPH A. ANDELIN (*Pro hac vice*)

        Attorneys for Plaintiff
        VDF FUTURECEUTICALS, INC.

APPROVED AND ACCEPTED:


/s/ Colin O. Miwa
MARTIN E. HSIA
COLIN O. MIWA
ALLISON MIZUO LEE
MEGAN S. JOHNSON

Attorneys for Defendant and
Counterclaimant
SANDWICH ISLES TRADING
COMPANY INC. d/b/a KONA RED, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| VDF FUTURECEUTICALS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SANDWICH ISLES TRADING CO. INC., D/B/A KONA RED, INC., and DOES 1 THROUGH 20, <br><br> Defendants. | CIVIL NO. 11-00288 ACK/RLP <br><br> CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES that a true and correct copy of the foregoing document was duly served on the following on this date as indicated below:

|  | Electronically Via CM/ECF | U.S. Mail |
|---|---|---|
| MARTIN E. HSIA <br> COLIN O. MIWA <br> ALLISON MIZUO LEE <br> MEGAN S. JOHNSON <br> Cades Schutte LLLP <br> 1000 Bishop Street, Suite 1200 <br> Honolulu, Hawai'i 96813-4216 <br><br> Attorneys for Defendant <br> SANDWICH ISLES TRADING COMPANY INC. d/b/a KONA RED, INC. |  | X |

59879/254653.1

DATED: Honolulu, Hawai'i, September 7, 2011.

/s/Lisa W. Cataldo
ROBERT G. KLEIN
LISA W. CATALDO
JORDON J. KIMURA
J. RANDAL WEXLER (*Pro hac vice*)
ROBERT D. FISH (*Pro hac vice*)
MEI TSANG (*Pro hac vice*)
JOSEPH A. ANDELIN (*Pro hac vice*)

Attorneys for Plaintiff
VDF FUTURECEUTICALS, INC.