# MINUTE ORDER

CASE NUMBER:      CV NO. 11-00288ACK-RLP

CASE NAME:      VDF FutureCeuticals, Inc. Vs. Sandwich Isles Trading Co. Inc., etc.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:      Alan C. Kay      REPORTER:

DATE:      11/04/2011      TIME:

COURT ACTION:

EO:  The Court has reviewed Defendant's motion to stay pending reexamination filed November 3, 2011 (Doc. 37), and Plaintiff's letter dated November 4, 2011.  The hearing set for November 9, 2011, will proceed as scheduled in view of the only recently filed motion to stay.  The Court will not make a ruling on the motion to stay until after receiving Plaintiff's opposition and Defendant's reply.  The Court will confer with the parties at the November 9 hearing concerning whether or not there should be a hearing regarding the motion to stay.

Submitted by Leslie L. Sai, Courtroom Manager