# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV NO. 11-00288ACK-RLP |
| CASE NAME: | VDF FutureCeuticals, Inc. Vs. Sandwich Isles Trading Co. Inc., et al. |
| ATTYS FOR PLA: | Lisa W. Cataldo<br>J. Randal Wexler<br>Stephanie P. Koh |
| ATTYS FOR DEFT: | Allison Mizuo Lee<br>Colin O. Miwa |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Alan C. Kay | REPORTER: | Gloria Bediamol |
| DATE: | 11/09/2011 | TIME: | 10:01am-12:05pm |

COURT ACTION:   EP: [17] Motion to Dismiss Counts II and IV-VIII of Defendant Sandwich Isles Trading Co. Inc., d/b/a Kona Red, Inc.'s Counterclaim against Plaintiff VDF FutureCeuticals, Inc. Filed June 14, 2011-

Oral Discussion Held.

[37] Defendant Sandwich Isles Trading Co. Inc., et al. Motion to Stay-Discussion Held.

Briefing Schedule as to the Motion to Stay-Plaintiff's to file a response on or before December 1, 2011.  Defendants' to file a reply on or before December 12, 2011.

No Court Hearing Date will be given at this time for the Motion to Stay.

Motion to Dismiss is hereby taken under advisement.

Submitted by Leslie L. Sai, Courtroom Manager